# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIELLA VALLEJO; AND ANGELINA VALLEJO,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE WILLIAM D. KEPHART, DISTRICT JUDGE,
Respondents,
and
MARTA NEVINGER,
Real Party in Interest.

No. 76368

FILED

SEP 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF PROHIBITION*

This petition for a writ of prohibition challenges the district court's denial of a motion for reconsideration of a motion to quash service in a personal injury action. Having considered the petition and appendices filed in this matter, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Abreu v. Gilmer*, 115 Nev. 308, 312, 985 P.2d 746, 749 (1999) (noting that the district court has discretion to make due diligence determinations in challenges to service of process). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-35969

cc: Hon. William D. Kephart, District Judge
Atkin Winner & Sherrod
The Schnitzer Law Firm
Eighth District Court Clerk